**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **No.  08-115-1** |
| **DANIEL MONAGHAN** | : | |

**<u>O R D E R</u>**

**AND NOW**, this **7th day of July, 2009**, upon consideration of Defendant's motion in limine to exclude the proffered testimony of John J. Contino and the Government's response thereto, and for the reasons discussed in this Court's July 7, 2009 Memorandum, it is hereby **ORDERED** that:

1.   Defendant's motion (Doc. No. 24) is **GRANTED in part** and **DENIED in part.**

2.   The Government is permitted to call John J. Contino to testify regarding the manner in which Pennsylvania ethics laws are publicized to SEPTA employees.

3.   Mr. Contino may not testify as an expert regarding the legislative history of the Ethics Act, the role and function of the State Ethics Commission (beyond what is permitted above), nor to explain the laws and regulations that govern the conduct of Pennsylvania public officials and employees.  Nor may he offer his opinion, through hypothetical questions or otherwise, regarding whether instances of conduct described in the indictment violated the Ethics Act.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**